**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

SEP 2 3 2002

LARRY W. PROPES, CLERK
CHARLESTON, SC

A.k.A Mr. James Benton #246955

~~Name of plaintiff~~

_Enter the full name of the plaintiff in this action_

)
)
)
)
)
)
)

**COMPLAINT**

v.      "The City of Charleston,
Charleston Police department
Capacity and its agent employee's.
Christopher Scott, Mike Holmes
Winston Leonard, Jeffrey, Miller
Thomas J. Dalinsky, Jerry Roberts;

_Enter above the full name of defendant(s) in this action_

Thomas L. Rankin, Joseph P. Riely, Mayor

)
)
)
)
)
)
)
)

Civil Action No. 2:02-2955-22AJ

_(to be assigned by Clerk)_

## I.   PREVIOUS LAWSUITS

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes ✔    No_____

B.   If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.   Parties to this previous lawsuit:

Plaintiff: A.K.A James Benton #246955

Defendant(s): all of the defendants in Doket Number

2.   Court: District of Charleston

_(If federal court, name the district; if state, name the county)_

3.   Docket Number: C/A No. 2:99-2437-22AJ

4.   Name of Judge(s) to whom case was assigned: Mr. Robert S. Carr

5.   Disposition: dismiss without prejudice

_(For example, was the case dismissed? Appealed? Pending?)_

6.   Approximate date of filing lawsuit: 6-7-99

7.   Approximate date of disposition: 7-26-99



II. PLACE OF PRESENT CONFINEMENT

*Name of Prison/Institution:*_____

A.    Is there a prisoner grievance procedure in this institution? Yes_____      No_____

B.    Did you present the facts relating to your complaint in the
      state prisoner grievance procedure?                    Yes_____      No_____

C.    If your answer is YES:

      1.   What steps did you take?_____

      2.   What was the result?_____

D.    If your answer is NO, explain why not:_____

E.    If there is no prison grievance procedure in this institution,
      did you complain to prison authorities?                Yes_____      No_____

F.    If your answer is YES:

      1.   What steps did you take?_____

      2.   What was the result?_____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A.    Name of Plaintiff: **James Benton**      Inmate No.: **246955**
      Address: **B.R.C.I  4460 Broad River Road
      Columbia, S.C. 29210**

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.    Name of Defendant: **Christopher Scott**      Position: **Officer's**
      Place of Employment: **City of Charleston police department**

C.    Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
      **Mike Holmes, Winston Leonard
      Jeffrey Miller, Thomas J. Dalinsky
      Jerry Roberts, Thomas L. Rankin,
      Mayor of Charleston Joseph P. Riely**

2

IV.  STATEMENT OF CLAIM

*State here as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

Officer Thomas L. Rankin arrested me On December, 14, 1996  while walking From The mail box, in Castle wood town houses. I was arrested for know Cause of action and book in the Charleston police department. with out No Bond." I have'nt Seen day light Sense. ON Jan, 27 1998 The City of Charleston police department and the State of South Carolina took me to trial with Fabricated and alterd evidence. Officer Jerry Roberts used the Fabricated evidence to arrest me." Officer's Christopher Scott, Mike Holmes, Jeffrey Miller, winston Leonard, Thomas J. Dalinsky. Used False testimony against me at trial.... as you read my trial transcript. 97-GS-10-1559 The State of South Carolina was part of the Conspiracy when they had me Convicted and Ship to prison." The City of Charleston failed to train and a Supervise its police officers in the proper Use of duty in Charleston's Policies.... and the Charleston police department, and had failed to prevent the False Imprisonment which occurred." The City had a Policy or Custom of encouraging unconstitutional police activity.... And the Officer's

3

IV. STATEMENT OF CLAIM - continued.

Carried out Charleston's Policy." detective Jerry W. Roberts used False Police Reports to have me arrested. Office Jefferey Miller lied in my trial about the Photographs he took which caused Fabricate evidence in my trial. officer Christopher Scott lied that he match A Palmprint and had me Convicted, there was know latents of Fingerprints or palmprints that even exsisted. detective Mike Holmes used my prior Convictions, past records to have me Convicted. officer Thomas J. Dalinsky and Winston Leonard was Conspired with these False police reports that had me Convicted. Detective Jerry W. Roberts refuse to have the Charges drop against me From his investigation in the City of Charleston Police department and Jerry W. Roberts was Not present in the trial... because of these officer's intentionally Negligence Conduct and actions. I Suffered Six long years of Pain. I tested Positive with the aids Virus in 1991. this makes me Suffer six Slow years of Pain. My Grand Parent's died in year 2000. I had to uncles die of aids in 1999. My Mother is Suffering with breast Cancer. I thought I was Not going to make it out of Prison alive. I've been assaulted, harrassed and retaliated

4

IV. Statement of Claim - Continued

against by officer's in prison, for filing grievances and Complaints. Now on this day of July 24, 2002. I finally obtained Felief When the South Carolina Supreme Court reversed my Case through Post Conviction Relif. I had to try Study and do my Case on my own. the State official's and lawyers played mind games with me. I lost all what I had planded for my Future. The City of Charleston police officer's, and The City of Charleston Mayor Joseph P. Riely is liable under the State Tort Claims. and For the emotional and mental injuries what the police officer's caused to my health and my life.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

I want the city of Charleston and its Agents to Pay me Six million Dollars for the Six years. Six million for all I been through and lost for the future. and the Prolonged Stress for each day. and to Pay my doctor and medicare bills for the rest of my life.

may the lord have mercy on you in this court this day and many more years.

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __28__ *day of* __August__, __2002__.

_____
*Signature of Plaintiff*

5